# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNER OSBALDO HERNANDEZ, | ) | 1:10cv01484 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| HOMEQ SERVICING; WELLS FARGO BANK, | ) | |
| Defendants. | ) | |

Plaintiff Anner Osbaldo Hernandez filed the instant complaint on August 17, 2010. Plaintiff also filed an application to proceed in forma pauperis. The application, however, was not complete. It did not identify whether Plaintiff received money from "Any other sources."

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty-one (21) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 19, 2010**           **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1