# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNER OSBALDO HERNANDEZ,  )<br>  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>HOMEQ SERVICING; WELLS FARGO  )<br>BANK,  )<br>  )<br>           Defendants.  )<br>_____) | 1:10cv01484 OWW DLB<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Documents 2 and 4) |

Plaintiff Anner Osbaldo Hernandez ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on August 17, 2010. Plaintiff also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **September 13, 2010**            **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE